**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LIONEL R.C.,

Petitioner,

v.

PAMELA BONDI, *U.S. Attorney General*;

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*;

TODD M. LYONS, *Acting Director, Immigration and Customs Enforcement*;

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and

ERIC TOLLEFSON, *Sherrif, Kandiyohi County*,

Respondents.

Civil No. 26-1872 (JRT/DLM)

**ORDER GRANTING PETITION FOR HABEAS CORPUS**

---

Petitioner Lionel R.C. was detained by United States Immigration and Customs Enforcement ("ICE") on March 3, 2026. (Verified Pet. Writ. Habeas Corpus ("Pet.") ¶ 15, March 13, 2026, Docket No. 1.) On Friday, March 13, 2026, Petitioner filed a petition for writ of habeas corpus, challenging the lawfulness of his detention. (*Id.*)

On the same day, the Court directed Respondents to file an answer to the petition by no later than 5:00 p.m. on Monday, March 16, 2026. (Docket No. 3.)[1] Respondents did not timely respond.[2]

A person's interest in freedom from physical detention by the government is "the most elemental of liberty interests." *Hamdi v. Rumsfeld*, 542 U.S. 507, 529 (2004). Respondents having provided no timely rationale for Petitioner's detention, the Court will order Petitioner's release.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1. Petitioner Lionel R.C.'s Verified Petition for Writ of Habeas Corpus (Docket No. [1]) is **GRANTED**, as follows:
   a. Respondents shall **RELEASE** Petitioner from custody as soon as practicable, **at a safe time and place communicated in advance to counsel**, and **no later than 48 hours from the filing of this Order**.
   b. Respondents must release Petitioner with all personal effects, such as driver's license, passports, or immigration documents, and **without conditions** such as location tracking devices.

[1] This Order was reissued to correct a typographical error. (Docket No. 6.)

[2] At 4:08 p.m. on March 16, 2026, Respondents filed a motion seeking an extension of time to respond. (Docket No. 5.) That motion was not granted.

c. Both parties shall provide the Court with a status update concerning the status of Petitioner's release by **no later than 5:00 p.m. on March 20, 2026**. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

2. Respondents' Motion for Extension of Time (Docket No. [5]) is **DENIED**.

DATED: March 17, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge